JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Said Hamed Said Alhayek, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States Citizenship and Immigration Services, et al. <br><br> Defendants. | Case No. 2:23-cv-01304-GMN-VCF <br><br> **Stipulation to Extend Deadline for Defendants to File a Responsive Pleading** <br><br> **(First Request)** |

     Plaintiffs, Said Hamed Said Alhayek and Carolina Aurora Ricaldi Illanes, and the United States of America, on behalf of Defendants, the United States Citizenship and Immigration Services ("USCIS"), Ur Mendoza Jaddou, Director of USCIS, and Clyde A. Moore, Director of the Las Vegas Field Office of USCIS, through counsel, hereby stipulate and jointly move the Court to extend the time for Defendants to file an answer or other responsive pleading to Plaintiffs' complaint by **45 days**. This is the first request to extend this deadline and is based on the following:

     1.    On August 22, 2023, Plaintiffs filed their complaint (ECF No. 1). Plaintiffs request, among other relief, that the Court compel Defendants adjudicate Plaintiffs' I-130 and I-485 applications (ECF No. 1).

     2.    Defendants' answer or other responsive pleading is currently due October 24, 2023.

3. Since the filing of the complaint, the agency has approved the I-130 and requested additional documentation as to the I-485 application. Plaintiffs submitted the additional requested documentation on October 20, 2023.

4. The agency may take further action as to Plaintiffs' claims. The upcoming agency actions may resolve some, or all, of the issues raised in Plaintiffs' complaint.

5. Accordingly, the parties request that the Court extend the time for Defendants to answer or otherwise plead by 45 days. Defendants responsive pleading would then be filed on or before **December 8, 2023**, which is 45 days from the current responsive pleading deadline.

Respectfully submitted this 23rd day of October 2023.

| | |
|---|---|
| HACKING IMMIGRATION LAW, LLC | JASON M. FRIERSON<br>United States Attorney |
| */s/ Christina Sullivan*<br>CHRISTINA SULLIVAN, ESQ.<br>10121 Manchester Road, Suite A<br>St. Louis, Missouri 63122 | */s/ Skyler H. Pearson*<br>SKYLER H. PEARSON<br>Assistant United States Attorney |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  10-24-2023

2